IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CR 82-4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| OFIR MARSIANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion to Review Bond Conditions (#59) filed by counsel for Defendant. The undersigned conducted a hearing regarding this matter and allowed the motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Review Bond Conditions (#59) is **ALLOWED** as reflected in the new Terms and Conditions of Pretrial Release entered in this matter.

Signed: July 10, 2017

_____
Dennis L. Howell
United States Magistrate Judge

1